## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VAN GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIV-05-925-R |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner, Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered March 30, 2006. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and Plaintiff's "Petition for Attorney Fees Pursuant to the Equal Access to Justice Act" [Doc. No. 18] is GRANTED to the extent that Plaintiff is awarded $3,410.00 as a reasonable attorney fee pursuant to 28 U.S.C. § 2412(d)(1)(A).

**It is so ordered this 18th day of April, 2006.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE